Robert W. Bright
Story Law Office
216 East Main Street
Suite 200
P.O. Box 72
Pomeroy, Ohio 45769
Telephone: 740-992-6624
Fax: 740-992-4249
Email: robwbright@yahoo.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL NO. 1699<br>District Judge: Charles R. Breyer |
| This Document Relates to:<br><br>*Daniel Westmoreland*<br><br>v.<br><br>*Pfizer*<br><br>Case No. 07-0743-CRB | **STIPULATION AND ORDER OF DISMISSAL OF PLAINTIFF[S] WITH PREJUDICE** |

Come now all remaining Plaintiffs in these actions, including <u>but not limited</u> to Daniel Westmoreland, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions with prejudice, with each side bearing its own attorneys' fees and costs.

DATED: 9/14, 2009    By: /s/ Robert W. Bright

Robert W. Bright
Story Law Office
216 East Main Street
Suite 200
P.O. Box 72
Pomeroy, Ohio 45769
Telephone: 740-992-6624
Fax: 740-992-4249
Email: robwbright@yahoo.com
Attorneys for Plaintiffs

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

DATED: Oct. 12, 2009       By: _____

                                   DLA PIPER LLP (US)
                                   1251 Avenue of the Americas
                                   New York, New York 10020
                                   Telephone: (212) 335-4500
                                   Facsimile: (212) 335-4501
                                   *Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: 10/16/09

_____
Hon. Charles R. Breyer
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer